SCWC-14-0000825

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROLAND I. KEHANO, SR.,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAIʻI,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000825; S.P.P. NO. 13-1-0014(2))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ayabe in place of Pollack, J., recused)

It appearing that Petitioner/Petitioner-Appellant Roland I. Kehano, Sr.'s document entitled "Objection of Order Rejecting Application for Writ of Certiorari," filed on November 12, 2015, is a motion for reconsideration of this court's rejection of Petitioner's application for a writ of certiorari on November 2, 2015,

IT IS HEREBY ORDERED that the motion is dismissed pursuant to Hawaiʻi Rules of Appellate Procedure Rule 40.1(h) (2014) ("Neither acceptance nor rejection of an application for a

writ of certiorari shall be subject to a motion for reconsideration in the supreme court.  The rejection of an application for certiorari shall be final.").

DATED: Honolulu, Hawaiʻi, November 24, 2015

Roland I. Kehano, Sr.
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Bert I. Ayabe



2